UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS L. TAYLOR III, solely in his capacity as Court-appointed temporary receiver for Breitling Energy Corporation, et al., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-2602-B |
| SCHEEF & STONE, LLP, ROGER CRABB, and MITCH LITTLE, | § § § | |
| Defendants. | § | |

ORDER

This matter is **TRANSFERRED** to the docket of the Honorable Judge Sidney A. Fitzwater.

All future pleadings in this case shall be filed under Civil Action No. 3:19-cv-2602-D.

SO ORDERED.

SIGNED: November 4, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -