IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS L. TAYLOR, III, solely in his capacity as Court-appointed temporary Receiver for Breitling Energy Corporation, *et al.* | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:19-cv-02602-D |
| SCHEEF & STONE, LLP, ROGER CRABB, and MITCH LITTLE, | § § § | |
| Defendants. | § § | |

STIPULATION OF PARTIES REGARDING THE DEADLINES FOR
DEFENDANTS' MOTION TO DISMISS

Plaintiff Thomas L. Taylor, III, solely in his capacity as Court-appointed temporary Receiver for Breitling Energy Corporation, *et al.* ("Plaintiff") and Defendants Scheef & Stone, LLP, Roger Crabb, and Mitch Little (collectively, "Defendants") file this Stipulation of Parties Regarding the Deadlines for Defendants' Motion to Dismiss as follows:

1.      Plaintiff filed his Original Complaint against Defendants on November 1, 2019 but did not serve Defendants with the Complaint.

2.      Plaintiff filed his First Amended Complaint against Defendants on December 18, 2019. Counsel for Defendants agreed to accept service of the First Amended Complaint.

3.      Defendants intend to respond to the First Amended Complaint by filing a Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint and/or other similar motion

(hereinafter "Defendants' Motion"). Under Federal Rule of Civil Procedure 12, this motion is due within 21 days after being served with the Complaint.

4. The parties have agreed on a schedule for the briefing related to Defendants' anticipated Rule 12(b)(6) Motion to Dismiss as follows:

 a. Defendants will file their Defendants' Motion on or before February 28, 2020;

 b. Plaintiff will file his response to Defendants' Motion on or before May 1, 2020;

 c. Defendants will file their Reply in Support of Defendants' Motion on or before June 1, 2020.

Dated: December 26, 2019.

Respectfully submitted,

By */s/ Daniel D. Tostrud*  _____
      DANIEL D. TOSTRUD
      State Bar No. 20146160
      dtostrud@cobbmartinez.com
      LINDSEY K. WYRICK
      Texas Bar No. 24063957
      lwyrick@cobbmartinez.com
      NATHAN WHITE
      State Bar No. 24117284
      nwhite@cobbmartinez.com

      COBB MARTINEZ WOODWARD PLLC
      1700 Pacific Avenue, Suite 3100
      Dallas, Texas 75201
      (214) 220-5200 (Telephone)
      (214) 220-5299 (Fax)

      **COUNSEL FOR DEFENDANTS**


By */s/ Edward C. Synder*  _____
      EDWARD C. SYNDER
      State Bar No. 791699
      esnyder@cobbmartinez.com
      JESSE R. CASTILLO
      Texas Bar No. 03986600
      jcastillo@cobbmartinez.com

      CASTILLO SNYDER, P.C.
      700 N. St. Mary's, Suite 1560
      San Antonio, Texas 78205
      (210) 630-4200 (Telephone)
      (210) 630-4210 (Fax)

      **COUNSEL FOR PLAINTIFF**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 26, 2019, the above and foregoing document was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.


By */s/ Daniel D. Tostrud*
DANIEL D. TOSTRUD