UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. FAULKNER, BREITLING ENERGY CORPORATION, JEREM S. WAGER, JUDSON F. ("RICK") HOOVER, PARKER A. HALLAM, JOSEPH SIMO, DUSTIN MICHAEL MILLER RODRIGUEZ, BETH C. HANDKINS, GILBERT STEEDLEY, BREITLING OIL & GAS CORPORATION, CRUDE ENERGY, LLC, PATRIOT ENERGY, INC.<br><br>    Defendants.<br><br>And<br><br>TAMRA M. FREEDMAN and JETMIR AHMEDI,<br><br>    Relief Defendants. | Civil Action No. 3:16-cv-1735-D |
| THOMAS L. TAYLOR III, solely in his capacity as Court-appointed temporary receiver for Breitling Energy Corporation, et al.,<br><br>    Plaintiff,<br>v.<br><br>SCHEEF & STONE, LLP, ROGER CRABB, and MITCH LITTLE,<br><br>    Defendants. | Civil Action No. 3:19-cv-02602-D |

## ORDER GRANTING THE RECEIVER'S MOTION TO APPROVE PROPOSED SETTLEMENT WITH SCHEEF & STONE DEFENDANTS

Page 1

Page 2

On this date came on to be considered the Receiver's Motion to Approve Proposed Settlement with Scheef & Stone Defendants (the "Motion"). After considering the Motion and accompanying Brief, the Court is of the opinion that the Motion should be, and is hereby Granted, and the Receiver's Settlement with the Scheef & Stone Defendants is hereby approved.  The Receiver is authorized to take whatever actions necessary to effectuate the terms of the Settlement Agreement.

SO ORDERED this ___ day of December, 2020.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE